# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| ARICELI GARZA, § | § | |
| Plaintiff, § | § | |
| § | CIVIL ACTION NO. M-05-377 | |
| v. § | § | |
| § | (JURY DEMANDED) | |
| § | | |
| PAYLESS SHOE SOURCE, INC. § | § | |
| Defendant § | | |

## AGREED TAKE NOTHING JUDGMENT

On this _____ day of _____, in the above-styled and numbered cause, ARICELI GARZA, and Defendant, Payless Shoe Source, Inc., appeared by their respective attorneys of record and advised the Court that all matters in controversy and all claims and causes of action arising out of the facts made basis of this lawsuit which were or could have been asserted by and/or between them have been compromised and settled, and that under the terms of such Settlement Agreement, it has been agreed that judgment shall be entered that ARICELI GARZA shall take nothing against Payless Shoe Source, Inc.

It has been agreed that court costs shall be borne by the party incurring same except as otherwise agreed among the Parties. The Court being fully advised, it is accordingly,

ORDERED, ADJUDGED and DECREED that ARICELI GARZA shall recover nothing from Payless Shoe Source, Inc.

Any further and other relief not expressed herein is hereby denied.

08/28/2006 05:52 FAX 9563800771   LAWOFC   ☒002

This si a final judgment and this Cause is hereby DISMISSED with prejudice.

SIGNED this ___ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

AGREED AS TO CONTENT:

_____
ARICELI GARZA

AGREED AS TO FORM AND CONTENT:

_____
Carlos E. Hernandez, Jr., P.C.
State Bar No. 00787681
Federal Bar No. 7022
101 North, 10th Avenue
Edingburg, Texas 78541
Telephone: (965) 386-0900; Facsimile: (956) 386-0771

ATTORNEY FOR PLAINTIFF,
ARICELI GARZA

_____
Wesson H. Tribble
State Bar No. 20213960
Federal Bar No. 9201
Michael Ross
State Bar No. 11035800
Federal Bar No. 898
TRIBBLE, ROSS & WAGNER
3050 Post Oak Blvd., Suite 1350
Houston, Texas 77056
Telephone: (713) 622-0444; Facsimile: (713) 622-0555

ATTORNEYS FOR DEFENDANT,
PAYLESS SHOE SOURCE, INC.